IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES RICHARDS, #76127                                                                    PLAINTIFF

V                                                           CIVIL ACTION NUMBER 4:06cv19-TSL-LRA

JAMES ANDERSON, et al.                                                                   DEFENDANTS

## AGREED ORDER

This cause comes before the Court on the Plaintiff's Motion to Voluntarily Dismiss his claims against SGT Stanley Terrell, Sandra Atwood, Barbara Brashier (named as Defendant "Brasier"), Willie Bookert, Ozella Kelley, Mark Enterkin, and Lieutenant Anderson, and the Court being informed that the Defendants have no objection to the Motion, finds that it is well-taken and should be granted. It is therefore

ORDERED that the Plaintiff's Motion to Voluntarily Dismiss his claims against certain defendants be, and is hereby, granted. It is further,

ORDERED that the Plaintiff's claims against SGT Stanley Terrell, Willie Bookert, Sandra Atwood, Barbara Brashier (named as Defendant "Brasier"), Ozella Kelley, Mark Enterkin, and Lieutenant Anderson be, and are hereby, dismissed with prejudice.

SO ORDERED, this the 22nd day of June, 2007.

/s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/James Richards
James Richards (MDOC No. 76127), The Plaintiff

/s/Lee Thaggard
Lee Thaggard   (MSB #9442)
Attorney for Defendants