IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES RICHARDS                                                PLAINTIFF

VS.                                                          NO. 4:06cv19TSL-LRA

JAMES ANDERSON, et al.                                       DEFENDANTS


## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda R. Anderson entered in this cause on September 7, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that summary judgment should be granted in favor of defendant, Faye Noel, and that claims against this defendant should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that summary judgment is granted in favor of defendant, Faye Noel, and claims against said defendant are hereby dismissed with prejudice.

SO ORDERED this the  1st  day of  October,  2007.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE